NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAY 30 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WILLIAM JAMES,

Plaintiff-Appellant,

v.

COUNTY OF SACRAMENTO; et al.,

Defendants-Appellees.

No. 16-15287

D.C. No. 2:10-cv-00664-MCE-AC

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., Chief Judge, Presiding

Submitted May 24, 2017**

Before:     THOMAS, Chief Judge, and SILVERMAN and RAWLINSON,
Circuit Judges.

William James appeals pro se from the district court's order sua sponte

dismissing his 42 U.S.C. § 1983 action for failure to comply with the district

court's order. We have jurisdiction under 28 U.S.C. § 1291. We review for an

abuse of discretion, *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002), and

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

we affirm.

The district court did not abuse its discretion in dismissing James' action after James failed to comply with court orders and meet deadlines. *See id.* at 642-43 (setting forth the factors to consider before dismissing for failure to comply with a court order).

The district court did not abuse its discretion in denying James' motion for appointment of counsel because James failed to demonstrate exceptional circumstances. *See Cano v. Taylor*, 739 F.3d 1214, 1218 (9th Cir. 2014) (setting forth standard of review and requirements for appointment of counsel).

**AFFIRMED.**

16-15287